# Court of Appeals
# of the State of Georgia

ATLANTA, June 19, 2020

*The Court of Appeals hereby passes the following order:*

**A20D0391. MARY CYNTHIA GORDON v. DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR FFMLT TRUST 2004-FF3, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-FF3.**

Upon consideration of the application for discretionary appeal, it is ordered that it be hereby DENIED.

Applicant Mary Gordon's motion to consolidate this application with Case No. A20A1703 is DENIED as MOOT.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 06/19/2020
*I certify that the above is a true extract from*
the minutes of the Court of Appeals of Georgia.
*Witness my signature and the seal of said court*
hereto affixed the day and year last above written.

_____ , *Clerk.*